IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANET L. BERGMAN,

           Plaintiff,

vs.                         Case No. 11-CV-02665-EFM-JPO

DEPARTMENT OF VETERANS AFFAIRS
ERIC K. SHINSEKI, SECRETARY,

           Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Janet L. Bergman and Defendant Eric K. Shinseki, Secretary of Veterans Affairs, hereby stipulate that this cause of action be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

Dated this 26th day of June, 2013.

| | |
|---|---|
| *s/ Pearson E. Dubar* | *s/D. Brad Bailey* |
| PEARSON E. DUBAR | D. Brad Bailey |
| D.C. Bar No. 416851 | Ks.S.Ct. #11345 |
| Law Office of Pearson E. Dubar | Assistant United States Attorney |
| 9393 West 110th Street | 444 S.E. Quincy, Suite 290 |
| Bldg 51, Suite 500. | Topeka, KS 66683 |
| Overland Park, Kansas 66210 | (785) 295-2850 |
| Tele: 913-451-6793 | Attorney For Defendant |

*s/Kelly M. Connor-Wilson*
KELLY M. CONNOR-WILSON
Ks. S.Ct. No. 19390
Connor Wilson Law Group
9393 West 110th Street, Suite 500
Overland Park, KS 66210
Tele: 913-323-4900
Attorneys for Plaintiff